# United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

**VOLUNTARY PETITION**

| | |
|---|---|
| **Name of Debtor - (If individual, enter Last, First, Middle):**<br>Gupta, Brad | **Name of Joint Debtor (Spouse) (Last, First, Middle):**<br>None |
| **All Other Names used by the Debtor in the last 6 years** (include married, maiden, and trade names):<br>None | **All Other Names used by the Joint Debtor in the last 6 years** (include married, maiden, and trade names): |
| **Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.** (if more than one, state all):<br>6828 | **Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.** (if more than one, state all): |
| **Street Address of Debtor (No. & Street, City, State & Zip Code):**<br>435 West Erie Street # 902<br>Chicago, IL  60610 | **Street Address of Joint Debtor (No. & Street, City, State & Zip Code):** |
| **County of Residence or of the Principal Place of Business:** | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor (if different from street address):** | **Mailing Address of Joint Debtor (if different from street address):** |
| **Location of Principal Assets of Business Debtor:** (if different from address listed above) | **Attorney for Debtor:**  Richard N. Golding, of counsel     0992100<br>Weinberg, Richmond LLP<br>Suite 1800<br>333 West Wacker Drive                 Tel:  (312) 845-4864<br>Chicago, IL  60606                      Fax: (312) 807-3903 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [X] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case Ancillary to Foreign Proceeding

**Nature of Debt** (Check one box)
- [ ] Consumer/Non-Business
- [X] Business

**Filing Fee** (Check one box)
- [X] Full filing fee attached
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101.
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

**Statistical/Administrative Information  (Estimates only)**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

Prepared using Bankruptcy Plus® by Cornerstone Computer Group Inc., Bellingham, Washington (800) 397-8238

| **Voluntary Petition** | Name of Debtor(s) |
|---|---|
| (This page must be completed and filed in every case). | Brad Gupta |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheets)

| Location Where Filed: | Case Number | Date Filed |
|---|---|---|
| None | | |

### Pending Bankruptcy Case Filed By Any Spouse, Partner Or Affiliate Of This Debtor (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date Filed |
|---|---|---|
| None | | |
| District | Relationship | Judge |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

October 12, 2005
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.
☒ No

### Signature of Attorney

X _[signed]_
Signature of Attorney for Debtor(s)
Richard N. Golding, of counsel    0992100
Printed Name of Attorney for Debtor(s)
Weinberg, Richmond LLP
Firm Name
Suite 1800
333 West Wacker Drive
Chicago, IL 60606
Address
(312) 845-4864        (312) 807-3903
Telephone Number        Fax Number

October 12, 2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address    Telephone Number

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:  
Brad Gupta  
Last four digits of Social Security No.: 6828  
Debtor

Chapter 7  
Case Number: _____

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept............................................................. $2,500.00  
   Prior to the filing of this statement I have received............................................... $2,500.00  
   Balance Due................................................................................................................. $0.00

2. The source of the compensation paid to me was:  
   [X] Debtor  [ ] Other (specify)

3. The source of compensation to be paid to me is:  
   [X] Debtor  [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.  
Date: 10/12/2005

/Signature of Attorney  
Richard N. Golding, of counsel  
Weinberg, Richmond LLP