IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| GUPTA, BRAD | ) | CASE NO. 05-50924-JBS |
| | ) | |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JACK B. SCHMETTERER
      BANKRUPTCY JUDGE

NOW COMES Robert B. Katz, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. Section 704(9).

1. The Petition commencing this case was filed on 12th day of October, 2005. Robert B. Katz was appointed Trustee on that same date. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of August 15, 2008 is as follows:

   a.   RECEIPTS (See Exhibit C)                               $288,886.36
   b.   DISBURSEMENTS (See Exhibit C)                          $189,328.52

## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 05-50924 JBS Judge: JACK B. SCHMETTERER
Case Name: GUPTA, BRAD

For Period Ending: 09/12/08

Trustee Name: Robert B. Katz
Date Filed (f) or Converted (c): 10/12/05 (f)
341(a) Meeting Date: 12/27/05
Claims Bar Date: 06/05/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE NON RESIDENCE | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE NON RESIDENCE | 351,000.00 | 13,500.00 | | 13,500.00 | FA |
| 3. CASH ON HAND | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. BANK ACCOUNTS | 125.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 399.00 | FA |
| 7. Pre-petition transfers of real estate (u) | 0.00 | Unknown | | 275,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $651,825.00 | $13,500.00 | | $288,899.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee and his counsel settled claims against equity in debtor's real estate. Counsel invested substantial time in litigation, in pursuit of transfers of real estate prior to filing. Settlement was reached prior to trial.

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/09

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No.: | 05-50924 -JBS |
|---|---|
| Case Name: | GUPTA, BRAD |
| Taxpayer ID No.: | \*\*\*\*\*\*3544 |
| For Period Ending: | 09/12/08 |

| Trustee Name: | Robert B. Katz |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | \*\*\*\*\*\*3039 Money Market Account (Interest Earn) |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/23/06 | | Chevy Chase Bank<br>7501 Wisconsin Avenue<br>Bethesda, Maryland 20814 | Sale of Interest in property | 1110-000 | 13,500.00 | | 13,500.00 |
| 06/30/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.09 | | 13,501.09 |
| 07/05/06 | 000101 | Coldwell Banker Residential Brokerage<br>Matthew Shrake<br>1959 North Halsted Street<br>Chicago, Il 60614-5008 | Per Court Order 6/6/06 | 1110-000 | | 300.00 | 13,201.09 |
| 07/31/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.46 | | 13,212.55 |
| 08/31/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.22 | | 13,223.77 |
| 09/29/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.87 | | 13,234.64 |
| 10/31/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.24 | | 13,245.88 |
| 11/30/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.89 | | 13,256.77 |
| 12/29/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.25 | | 13,268.02 |
| 01/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.28 | | 13,279.30 |
| 02/05/07 | 000102 | International Sureties, LTD<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | 016026455 | 2300-000 | | 14.53 | 13,264.77 |
| 02/28/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.18 | | 13,274.95 |
| 03/30/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.27 | | 13,286.22 |
| 04/30/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.92 | | 13,297.14 |
| 05/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.29 | | 13,308.43 |
| 06/29/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.93 | | 13,319.36 |
| 07/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.32 | | 13,330.68 |
| 08/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.32 | | 13,342.00 |
| 09/28/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 8.49 | | 13,350.49 |
| 10/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 8.51 | | 13,359.00 |
| 11/30/07 | 6 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 7.14 | | 13,366.14 |
| | | | | Page Subtotals | 13,680.67 | 314.53 | |

Ver: 14.03a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-50924 -JBS | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | GUPTA, BRAD | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******5544 | | Account Number / CD #: | *******5059 Money Market Account (Interest Earn) |
| For Period Ending: | 09/12/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid to / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 6.39 | | 13,572.53 |
| 01/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 5.30 | | 13,577.83 |
| 02/05/08 | 7 | Daspin & Aument LLP<br>Client Fund Account<br>10 S. Riverside Plaza, Ste 1220<br>Chicago, IL 60606-3710 | Pre-petition Transfer (from debtor) | 1241-000 | 100,000.00 | | 113,577.83 |
| 02/05/08 | 000103 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 120<br>New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT | 2300-000 | | 8.14 | 113,569.69 |
| 02/15/08 | 7 | Ananya Aviation LLC | Pre-petition transfer (from debtor) | 1241-000 | 175,000.00 | | 288,569.69 |
| 02/29/08 | 6 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 32.28 | | 288,601.97 |
| 03/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 68.16 | | 288,670.13 |
| 04/17/08 | 000104 | Alan D. Lasko & Associates, P.C.<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60605 | Interim Compensation and Expenses<br>per court order 4/15/08 | | | 3,778.14 | 284,691.99 |
| 04/25/08 | 000105 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, Illinois 60068 | Attorney for Trustee Fees & Expense<br>Per court order 04/25/2008<br>    Fees    3,729.60<br>    Expenses    48.54 | 3410-000<br>3420-000 | | 175,117.23 | 288,470.15<br>288,101.97<br>284,691.99<br>284,691.99<br>111,574.76 |
| 04/25/08 | 000106 | ROBERT B KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>233 W. JACKSON BLVD. STE 1010<br>CHICAGO, IL 60606 | TRUSTEE'S FEES AND EXPENSES<br>Per court order 04/25/2008<br>    Fees    159,974.75<br>    Expenses    13,142.48 | 3210-000<br>3220-000<br>2100-000 | | 12,110.48 | 111,574.76<br>111,574.76<br>99,464.28 |

| | | | | Page Subtotals | 275,112.13 | 189,013.99 | |

LFORM 2          Page: 2      Ver: 14.03a

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No.: | 05-50924 -JBS |
|---|---|
| Case Name: | GUPTA, BRAD |
| Taxpayer ID No: | ********3544 |
| For Period Ending: | 09/12/08 |

| Trustee Name: | Robert B. Katz |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CID #: | *********3039 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 56.02 | | 99,520.30 |
| 05/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 12.64 | | 99,532.94 |
| 06/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 12.25 | | 99,545.19 |
| 07/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 12.65 | | 99,557.84 |
| 08/29/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 12.64 | | 99,570.48 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 288,899.00 | 189,328.52 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 288,899.00 | 189,328.52 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 288,899.00 | 189,328.52 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 288,899.00 | 189,328.52 | 99,570.48 |
| Money Market Account (Interest Earn - *********3039 | | | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand 99,570.48 |

Page Subtotals    106.20    0.00

LFORM2-4    Ver: 14.03a

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| GUPTA, BRAD | ) | CASE NO. 05-50924-JBS |
| | ) | |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## DISTRIBUTION REPORT

I, Robert B. Katz, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I making the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $0.00 |
| Chapter 7 Administrative Expenses: | $21,026.64 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $78,531.20 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $99,557.84 |

**EXHIBIT D**

DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $0.00 | 0.00% |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $21,036.15 | 100.00% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Robert B. Katz Trustee Compensation | $5,583.84 | $5,583.84 |
|  | Robert B. Katz Trustee Expenses | $7.50 | $7.50 |
| 5 | Ira P. Goldberg Attorney for Trustee Fees | $12,090.00 | $12,090.00 |
| 5 | Ira P. Goldberg Attorney for Trustee Expenses | $52.60 | $52.60 |
| 4 | Alan D. Lasko & Associates, P.C. Accountant for Trustee Fees | $3,276.50 | $3,276.50 |
| 4 | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $16.20 | $16.20 |
|  | CLASS TOTALS | $21,026.64 | $21,026.64 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00. | $0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employment Funds. | $0.00 | 0.00% |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony Maintenance and Support | $0.00 | 0.00% |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) - Tax Liens | $0.00 | 0.00% |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims, excluding fines and penalties | $0.00 | 0.00% |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full.) | $2,165,334.18 | 3.63% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000003 | U S Bancorp Equipment Finance Inc<br>General Unsecured 726 | $2,165,334.18 | $78,531.20 |
| | CLASS TOTALS | $2,165,334.18 | $78,531.20 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____     _____