## REVISED TRUSTEE TIME RECORD (9/8/2007)
## Robert B. Katz
## Brad Gupta 05 B 50924

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| | **2006** | | | |
| 1/5/2006 | Print and review debtor's petition, conduct §341 Meeting of Creditors | 1.0 | $375.00 | $375.00 |
| 2/8/2006 | Draft motion to extend time to object to debtor's discharge, copy, and mail | 1.0 | $375.00 | $375.00 |
| 2/16/2006 | t/c with Ira Goldberg re: his t/c with debtor's counsel Rick Golding | 0.1 | $375.00 | $37.50 |
| 2/22/2006 | Correspond with Ira Goldberg about extending debtor's discharge date | 0.2 | $375.00 | $75.00 |
| 2/23/2006 | Court appearance re: trustee's motion to extend time to file objection to discharge | 1.0 | $375.00 | $375.00 |
| 2/24/2006 | t/c Ira Goldberg re: his retention, status, and strategy | 1.0 | $375.00 | $375.00 |
| 3/2/2006 | Consult with Ira Goldberg re: motion to retain D&L | 0.1 | $375.00 | $37.50 |
| 3/16/2006 | Met with Ira Goldberg re: status of case | 0.4 | $375.00 | $150.00 |
| 3/23/2006 | Consult with Ira Goldberg re: status of case | 0.1 | $375.00 | $37.50 |
| 4/5/2006 | Met with Ira Goldberg re: status of case | 0.5 | $375.00 | $187.50 |
| 5/10/2006 | Conferred with Ira Goldberg re: sale of real estate subject to court approval to sell half interest for $13,500 | 0.2 | $375.00 | $75.00 |
| 6/5/2006 | t/c with Ira Goldberg re: execution of deed | 0.1 | $375.00 | $37.50 |
| 6/6/2006 | Conferred with Ira Goldberg re: open accounting issues in case | 0.2 | $375.00 | $75.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/16/2006 | Correspond with Ira Goldberg re: status of case | 0.1 | $375.00 | $37.50 |
| 6/23/2006 | Deposit Funds | 0.3 | $375.00 | $112.50 |
| 7/15/2006 | Receive and review monthly bank statement from Bank of America | 0.3 | $375.00 | $112.50 |
| 8/15/2006 | Receive and review monthly bank statement from Bank of America | 0.3 | $375.00 | $112.50 |
| 9/15/2006 | Receive and review monthly bank statement from Bank of America | 0.3 | $375.00 | $112.50 |
| 10/15/2006 | Receive and review monthly bank statement from Bank of America | 0.3 | $375.00 | $112.50 |
| 11/15/2006 | Receive and review monthly bank statement from Bank of America | 0.3 | $375.00 | $112.50 |
| 12/15/2006 | Receive and review monthly bank statement from Bank of America | 0.3 | $375.00 | $112.50 |
| 12/20/2006 | Conferred with Ira Goldberg re: status of adversary | 0.2 | $375.00 | $75.00 |
| Various | t/c's and meetings with Alan Lasko re: his retention; trasmit to him prior income tax returns; his work effort, | 2.0 | $375.00 | $750.00 |
| Various | Additional t/c's and emails with Ira Goldberg re: status and strategy | 2.0 | $375.00 | $750.00 |
| **TOTAL for 2006** | | **12.3** | | **$4,612.50** |

## 2007

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/8/2007 | Email Alan Lasko re: obtaining prior income tax returns | 0.2 | $425.00 | $85.00 |
| 1/11/2007 | t/c with Ira Goldberg re: possible assets/settlement | 0.5 | $425.00 | $212.50 |
| 1/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/31/2007 | Preparation of Trustee's Annual Report | 2.0 | $425.00 | $850.00 |
| 2/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 2/28/2007 | Correspond with Ira Goldberg re: discharge, fact that Lasko does have certain tax returns from debtor | 0.3 | $425.00 | $127.50 |
| 3/1/2007 | Correspond with Ira Goldberg re: discharge | 0.2 | $425.00 | $85.00 |
| 3/7/2007 | Correspond with Ira Goldberg re: outstanding document requests concerning financial condition to B. Gupta and extension of trustee's time to object to discharge | 0.1 | $425.00 | $42.50 |
| 3/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 4/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 5/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 5/22/2007 | Correspond with Ira Goldberg re: extension of discharge date | 0.1 | $425.00 | $42.50 |
| 6/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 6/23/2007 | Correspond with Ira Goldberg re: bank balance | 0.1 | $425.00 | $42.50 |
| 6/28/2007 | Receive, review, execute, and mail 2006 state and federal income tax returns and copy, sign, and mail request for prompt determination | 1.5 | $425.00 | $637.50 |
| 7/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 8/2/2007 | Meeting with Ira Goldberg re: status of litigation | 0.5 | $425.00 | $212.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 9/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 9/19/2007 | Received and reviewed copies of Trustee's and defendant's positions prior to mediation on 9/24/07. | 1.0 | $425.00 | $425.00 |
| 9/24/2007 | Conference with Abe Brustein re: mediation | 0.5 | $425.00 | $212.50 |
| | Mediation with Judge Black, Abe Brustein, debtor, and counsel | 3.0 | $425.00 | $1,275.00 |
| 10/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 11/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 11/26/2007 | t/c Abe Brustein re: all matters; parameters of settlement | 1.0 | $425.00 | $425.00 |
| 11/27/2007 | t/c Abe Brustein re: settlement negotiations | 0.3 | $425.00 | $127.50 |
| 11/29/2007 | t/c Abe Brustein re: case settled for $275,000. No trial. | 0.2 | $425.00 | $85.00 |
| 11/30/2007 | Receipt of fax from Abe Brustein (sent to Robert Grabemann, counsel for defendants), outlining terms of settlement. Review and t/c to Abe to voice my approval | 0.5 | $425.00 | $212.50 |
| 12/4/2007 | Conferred with Ira Goldberg re: claims bar date | 0.4 | $425.00 | $170.00 |
| 12/15/2007 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 12/27/2007 | Review email from Ira Goldberg re: new open issues | 0.1 | $425.00 | $42.50 |
| 12/28/2007 | t/c Ira Goldberg re: status of case | 0.1 | $425.00 | $42.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Various | Received and reviewed various motions i.e. plaintiff's motion to modify pretrial order to extend deadlines and reset pretrial and trial dates; interrogatories and document requests and responses; copies of correspondence sent by Mr. Brustein to defendant regarding documents, subpoenas, pretrial order, etc. | 4.0 | $425.00 | $1,700.00 |
| Various | Additional t/c's and emails with Ira Goldberg and Abe Brustein re: status and strategy | 3.0 | $425.00 | $1,275.00 |
| | **TOTAL for 2007** | **23.2** | | **$9,860.00** |

## 2008

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/3/2008 | t/c Ira Goldberg re: status of settlement | 0.2 | $425.00 | $85.00 |
| 1/15/2008 | Receive and review monthly bank statement from Bank of America | 0.3 | $425.00 | $127.50 |
| 1/17/2008 | Review email from Ira Goldberg re: revisions and executions | 0.1 | $425.00 | $42.50 |
| 1/25/2008 | Email exchange with Ira Goldberg re: delivery of settlement checks | 0.2 | $425.00 | $85.00 |
| 1/31/2008 | Preparation of Trustee's Annual Report | 2.0 | $425.00 | $850.00 |
| 2/11/2008 | Confer with Ira Goldberg re: status of case | 0.4 | $425.00 | $170.00 |
| 2/14/2008 | Email with Ira Goldberg re: second and final payment of settlement | 0.1 | $425.00 | $42.50 |
| 2/18/2008 | Prepare Trustee's Time Record | 2.0 | $425.00 | $850.00 |
| 4/15/2008 | Attend court hearing re: interim compensation | 1.0 | $425.00 | $425.00 |
| 4/25/2008 | Attend continued court hearing re: interim compensation | 1.0 | $425.00 | $425.00 |
| 4/25/2008 | Disburse funds for compensation | 0.5 | $425.00 | $212.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/23/2008 | Receive, review, execute and file Federal & State income tax returns | 1.0 | $425.00 | $425.00 |
| Various | Printed and reviewed claim register and withdrawal of proof of claim #1 on behalf of Western Springs Bank and Trust | 1.0 | $425.00 | $425.00 |
| Various | Received by email, printed, and reviewed draft of settelement agreement | 1.0 | $425.00 | $425.00 |
| Various | Preparation of Trustee's final report | 15.0 | $425.00 | $6,375.00 |
| | **TOTAL for 2008** | **25.6** | **$425.00** | **$10,880.00** |

## PROJECTED ADDITIONAL TIME

| | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| * | Electronic filing of trustee's final report | 3.0 | $425.00 | $1,275.00 |
| * | Attend Court hearing on the Final Report | 1.0 | $425.00 | $425.00 |
| * | Modify Distribution Report | 1.0 | $425.00 | $425.00 |
| * | Draft, sign and send final disbursement checks to creditors | 2.0 | $425.00 | $850.00 |
| * | Prepare Trustee's Final Account and File | 1.5 | $425.00 | $637.50 |
| * | Receive and review several future monthly bank statements from Bank of America | 2.0 | $425.00 | $850.00 |
| * | Preparation of 2006 Annual Trustee Interim Report | 1.0 | $425.00 | $425.00 |
| * | Record storage and future inquiries | 2.0 | $425.00 | $850.00 |
| | **Total Additional Projected Time** | **13.5** | | **$5,737.50** |

## Summary of Time

| | | | |
|---|---|---|---|
| **Total for 2006** | | 12.3 | $4,612.50 |

|                           |      |             |
|---------------------------|------|-------------|
| **Total for 2007**        | 23.2 | $9,860.00   |
| **Total for 2008**        | 25.6 | $10,880.00  |
| **Projected Additional Time** | 13.5 | $5,737.50   |
| **TOTAL TIME**            | 74.6 | $31,090.00  |