IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
|---|---|---|
|  | ) |  |
| GUPTA, BRAD | ) | CASE NO. 05-50924-JBS |
|  | ) |  |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
|  | ) | BANKRUPTCY JUDGE |
|  | ) |  |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn, Courtroom 682
         Chicago, IL 60604

   On: **October 30, 2008**           Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $288,886.36 |
   | Disbursements | $189,328.52 |
   | Net Cash Available for Distribution | $99,557.84 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Robert B. Katz<br>Trustee | $12,110.48 | $5,583.84 | $7.50 |
   | IRA P. GOLDBERG<br>Attorney for Trustee | $173,117.23 | $12,090.00 | $52.60 |
   | ALAN D. LASKO & ASSOCIATES, P.C.<br>Accountant for Trustee | $3,778.14 | $3,276.50 | $16.20 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

8. Claims of general unsecured creditors totaling $2,165,334.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.63% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | U S BANCORP EQUIPMENT FINANCE INC | $2,165,334.18 | $78,531.20 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor (has) been discharged.

Dated: **September 26, 2008**                                              For the Court,

                                                                    By:   **KENNETH S. GARDNER**
                                                                          Kenneth S. Gardner
                                                                          Clerk of the U.S. Bankruptcy Court
                                                                          219 S. Dearborn Street; 7th Floor
                                                                          Chicago, IL 60604

Trustee:      Robert B. Katz
Address:      223 West Jackson Boulevard
              Suite 1010
              Chicago, IL  60606
Phone No.:    (312) 705-1400

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1         Date Rcvd: Sep 26, 2008
Case: 05-50924                Form ID: pdf002          Total Served: 14
```

The following entities were served by first class mail on Sep 28, 2008.
```
db         +Brad Gupta,    435 West Erie Street,    Apt. 902,    Chicago, IL 60654-6966
aty        +Abraham Brustein, ESQ,    Dimonte & Lizak, LLC,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
aty        +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
aty        +Richard N Golding,    Law Offices of Richard N Golding PC,    The Boyce Building,
             500 North Dearborn St-Second Floor,    Chicago, IL 60654-3300
tr         +Robert B Katz, ESQ,    The Law Offices Of Robert B Katz,    223 West Jackson Blvd Ste 1010,
             Chicago, IL 60606-6916
10171639   +Anchor Bank Commercial Leases,    25 W Main St,    Madison WI 53703-3399
10171640   +Bank Financial FSB,    15W060 North Frontage Rd,    Burr Ridge IL 60527-6928
10542954    Chester, Martin,    Faegre & Benson,    90 S 7th St,    2200 Wells Fargo Center,
             Minneapolis MN 55402-3901
10542956   +Manos, John G,    15W060 North Frontage Road,    Burr Ridge IL 60527-6928
10542953   +MidAmerica Bank FSB,    2650 Warrenville Road Suite 500,    Downers Grove IL 60515-2074
10542957   +Phillippi, John,    US Bank,    800 Nicolet Mall,    BC-MN-H22A,    Minneoopolis, MN 55402-7000
10734849    U S Bancorp Equipment Finance Inc,    c/o Faegre &Benson LLP,    Attn: Dennis M Ryan,
             90 South Seventh St #2200,    Minneapolis MN 55402-3901
10171638   +US Bancorp Equipment Finance Inc,    13010 SW 68th Parkway,    Portland OR 97223-8367
10542955   +Western Springs National Bank & Trust,    William D Dallas Esq,    111 W Washington Suite 1525,
             Chicago IL 60602-2727
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 28, 2008**                    **Signature:** _Joseph Speetjens_