IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| GUPTA, BRAD | ) | CASE NO. 05-50924-JBS |
| | ) | |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JACK B. SCHMETTERER
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_12/18/08_
DATE

_Robert B. Katz_
TRUSTEE

Robert B. Katz
Law Offices of Robert B. Katz
223 West Jackson Boulevard
Suite 1010
Chicago, IL 60606
(312) 705-1400

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| GUPTA, BRAD | ) | CASE NO. 05-50924-JBS |
| | ) | |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $5,583.84 |
| 2. | Trustee's expenses | $7.50 |
| | TOTAL | $5,591.34 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for Trustee | | |
| | a. | Compensation | $12,090.00 |
| | b. | Expenses | $52.60 |
| 2. | Accountant for Trustee | | |
| | a. | Compensation | $3,276.50 |
| | b. | Expenses | $16.20 |
| | | TOTAL | $15,435.30 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

FURTHER, IT IS HEREBY ORDERED that the Trustee is authorized to, and by the entry hereof does, abandon the following property:

DATED this _____30th_____ day of _____Oct_____, 2008.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

OCT 3 0 2008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| GUPTA, BRAD | ) | CASE NO. 05-50924-JBS |
| | ) | |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## DISTRIBUTION REPORT

I, Robert B. Katz, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I making the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $0.00 |
| Chapter 7 Administrative Expenses: | $21,026.64 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $78,531.20 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $99,557.84 |

**EXHIBIT D**

DISTRIBUTION REPORT

## 1. TYPE OF CLAIMS

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $0.00 | 0.00% |

## 2. TYPE OF CLAIMS

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $21,036.15 | 100.00% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Robert B. Katz Trustee Compensation | $5,583.84 | $5,583.84 |
|  | Robert B. Katz Trustee Expenses | $7.50 | $7.50 |
| 5 | Ira P. Goldberg Attorney for Trustee Fees | $12,090.00 | $12,090.00 |
| 5 | Ira P. Goldberg Attorney for Trustee Expenses | $52.60 | $52.60 |
| 4 | Alan D. Lasko & Associates, P.C. Accountant for Trustee Fees | $3,276.50 | $3,276.50 |
| 4 | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $16.20 | $16.20 |
| **CLASS TOTALS** |  | **$21,026.64** | **$21,026.64** |

## 3. TYPE OF CLAIMS

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00. | $0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employment Funds. | $0.00 | 0.00% |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony Maintenance and Support | $0.00 | 0.00% |

**10. TYPE OF CLAIMS**

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) - Tax Liens | $0.00 | 0.00% |

**11. TYPE OF CLAIMS**

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims, excluding fines and penalties | $0.00 | 0.00% |

**12. TYPE OF CLAIMS**

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

**13. TYPE OF CLAIMS**

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full.) | $2,165,334.18 | 3.63% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000003 | U S Bancorp Equipment Finance Inc — General Unsecured 726 | $2,165,334.18 | $78,531.20 |
| | CLASS TOTALS | $2,165,334.18 | $78,531.20 |

**14. TYPE OF CLAIMS**

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

Case 05-50924   Doc 89   Filed 01/26/09   Entered 01/26/09 16:02:25   Desc Main
                                  Document      Page 8 of 13

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 12/18/08

Page 1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 05-50924-JBS
Case Name: GLENN BRAD

Trustee Name: Robert B Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: xxxxxxxx09 Money Market Account Interest Earn

Taxpayer ID No: xx-xxxxxxx14
For Period Ending: 12/18/08

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/25/06 | | Chevy Chase Bank 7501 Wisconsin Avenue Bethesda, Maryland 20814 | Sale of Interest in property | 1110-000 | 13,500.00 | | 13,500.00 |
| 06/30/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.09 | | 13,501.09 |
| 07/05/06 | 000101 | Coldwell Banker Residential Brokerage Matthew Shrake 1954 North Halsted Street Chicago, IL 60614-5008 | Per Court Order 6/6/06 | 1110-000 | | 300.00 | 13,201.09 |
| 07/31/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.46 | | 13,212.55 |
| 08/31/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.22 | | 13,223.77 |
| 09/29/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.87 | | 13,234.64 |
| 10/31/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.24 | | 13,245.88 |
| 11/30/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.89 | | 13,256.77 |
| 12/29/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.25 | | 13,268.02 |
| 01/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.28 | | 13,279.30 |
| 02/05/07 | 000102 | International Sureties, LTD Suite 500 203 Carondelet St. New Orleans, LA 70130 | 016026455 | 2300-000 | | 14.53 | 13,264.77 |
| 02/28/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.18 | | 13,274.95 |
| 03/30/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.27 | | 13,286.22 |
| 04/30/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.92 | | 13,297.14 |
| 05/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.29 | | 13,308.43 |
| 06/29/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.93 | | 13,319.36 |
| 07/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.32 | | 13,330.68 |
| 08/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.32 | | 13,342.00 |
| 09/28/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 8.49 | | 13,350.49 |
| 10/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 8.51 | | 13,359.00 |
| 11/30/07 | 6 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 7.14 | | 13,366.14 |

Page Subtotals: 13,680.67   314.53

Ver 14.11

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-50924 JBS | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | GUPTA, BRAD | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | \*\*\*\*\*\*\*\*3344 | | Account Number / CD #: | \*\*\*\*\*\*\*\*3039 Money Market Account Interest Earn |
| For Period Ending: | 12/18/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

Page: 2

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/07 | | | Interest Rate 0.500 | 1270-000 | 6.39 | | 13,372.23 |
| 01/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 5.30 | | 13,377.82 |
| 02/05/08 | 7 | Daspin & Aument LLP | Pre-petition transfer (from debtor) | 1241-000 | 100,000.00 | | 113,377.82 |
| | | Client Fund Account | | | | | |
| | | 10 S Riverside Plaza, Ste 2220 | | | | | |
| | | Chicago, IL 60606-3710 | | | | | |
| 02/05/08 | 010101 | International Sureties, Ltd | BLANKET BOND DISBURSEMENT | 2300-000 | | 8.14 | 113,369.69 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/15/08 | 7 | Amara Aviation LLC | Pre-petition transfer (from debtor) | 1241-000 | 175,000.00 | | 288,369.69 |
| 02/29/08 | 6 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 32.28 | | 288,401.97 |
| 03/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 68.16 | | 288,470.13 |
| 04/17/08 | 010104 | Alan D. Lasko & Associates, P.C. | Interim Compensation and Expenses per court order 4/15/08 | | | 3,778.14 | 284,691.99 |
| | | 29 S LaSalle Street | Fee 3,729.60 | 3410-000 | | | 284,691.99 |
| | | Suite 1240 | Expenses 48.54 | 3420-000 | | | 284,691.99 |
| | | Chicago, Illinois 60603 | | | | | |
| 04/25/08 | 010105 | Ira P. Goldberg | Attorney for Trustee Fees & Expense Per court order 04/25/2008 | | | 175,117.23 | 111,574.76 |
| | | DiMonte & Lizak, LLC | | | | | |
| | | 216 West Higgins Road | | | | | |
| | | Park Ridge, Illinois 60068 | | | | | |
| 04/25/08 | 010106 | ROBERT B. KATZ | TRUSTEE'S FEES AND EXPENSES Per court order 04/25/2008 | | | 12,110.48 | 99,464.28 |
| | | LAW OFFICES OF ROBERT B. KATZ | Fees 159,974.75 | 3110-000 | | | 111,574.76 |
| | | 221 W. JACKSON BLVD, STE 1010 | Expenses 13,142.48 | 3120-000 | | | 111,574.76 |
| | | CHICAGO, IL 60606 | | 2100-000 | | | 99,464.28 |

Page Subtotals: 275,112.13 189,013.99

Page: 2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 05-50924 -JBS
Case Name: GUPTA, BRAD
Taxpayer ID No.: **-***6941
For Period Ending: 12/18/08

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: ******5039 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check # Reference | Paid To / Received From | Description Of Transaction | | Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | c | BANK OF AMERICA | Interest Rate  0.250 | | 1270-000 | 56.02 | | 99,520.30 |
| | | | | | | | | 99,532.94 |
| 05/30/08 | c | BANK OF AMERICA | Interest Rate  0.150 | | 1270-000 | 12.64 | | 99,545.19 |
| 06/30/08 | c | BANK OF AMERICA | Interest Rate  0.150 | | 1270-000 | 12.25 | | 99,557.84 |
| 07/31/08 | c | BANK OF AMERICA | Interest Rate  0.150 | | 1270-000 | 12.65 | | 99,570.48 |
| 08/29/08 | c | BANK OF AMERICA | Interest Rate  0.150 | | 1270-000 | 12.64 | | 99,582.73 |
| 09/30/08 | c | BANK OF AMERICA | Interest Rate  0.150 | | 1270-000 | 12.25 | | 99,592.12 |
| 10/31/08 | c | BANK OF AMERICA | INTEREST REC'D FROM BANK | | 1270-000 | 9.39 | | 0.00 |
| 10/31/08 | c | Transfer to Acct ******1869 | Final Posting Transfer | | 9999-000 | | 99,592.12 | 0.00 |

COLUMN TOTALS                              288,920.64      288,920.64
     Less: Bank Transfers/CD            0.00      99,592.12
Subtotal                                       288,920.64      189,328.52
     Less: Payments to Debtors                  0.00
Net                                                288,920.64      189,328.52

Page Subtotals                 127.81     99,592.12

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-50924 -JBS |
|---|---|
| Case Name: | GUPTA, BRAD |
| Taxpayer ID No: | **-***8841 |
| For Period Ending: | 12/18/08 |

| Trustee Name: | Robert B. Katz |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1869 Checking Account-Non-Interest Lien |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/08 | | Transfer from Acct # ********9029 | Transfer In from MMA Account | 9999-000 | 99,592.12 | | 99,592.12 |
| 11/05/08 | 000102 | ROBERT B. KATZ 225 West Jackson Boulevard Suite 1010 Chicago, Il 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 2,583.84 | 94,008.28 |
| 11/05/08 | 000101 | ROBERT B. KATZ 225 West Jackson Boulevard Suite 1010 Chicago, Il 60606 | Chapter 7 Expenses | 2200-000 | | 7.50 | 91,000.78 |
| 11/05/08 | 000103 | Alan D. Lasko & Associates, P.C. 29 S. LaSalle Street Suite 1240 Chicago, Illinois 60603 | Claim 4, Payment 46.66313% | 3410-000 | | 3,292.70 | 90,708.08 |
| 11/05/08 | 000104 | Ira J. Goldberg DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Claim 5, Payment 6.52456%<br>Fees 3,285.16<br>Expenses 7.84 | 3210-000<br>3220-000 | | 3,285.16<br>7.84 | 90,708.08<br>78,565.48 |
| 11/05/08 | 000106 | U S Bancorp Equipment Finance Inc c/o Faegre &Benson LLP Attn: Dennis M Ryan 90 South Seventh St #2200 Minneapolis MN 55402-3901 | Claim 00001, Payment 2.62855%<br>Payment | 7100-000 | | 78,565.48 | 78,565.48<br>0.00 |
| | | | Page Subtotals | | 99,592.12 | 99,592.12 | |

Page 5

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 05-50924-JBS
Case Name: GUPTA, BRAD
Taxpayer ID No: **-***-*544
For Period Ending: 12/18/08

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: ****-****-1869 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |

COLUMN TOTALS: 99,592.12 | 99,592.12
Less: Bank Transfers/CD's: 99,592.12 | 0.00
Subtotal: 0.00 | 99,592.12
Less: Payments to Debtors: | 0.00
Net: 0.00 | 99,592.12

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ****-****-5033 | 288,920.64 | 189,328.52 | 0.00 |
| Checking Account (Non-Interest Earn - ****-****-1869 | 0.00 | 99,592.12 | 0.00 |
| | 288,920.64 | 288,920.64 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals: 0.00 | 0.00

Ver. 14.11