UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| *Brad Gupta,* | ) | CASE NO. **05-50924** |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR(S). | ) | HON. Jack B. Schmetterer |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:**   Robert B. Katz
         Registrant's e-mail:   **Rkatz@EPITrustee.com**

**Please Take Notice** that on January 27, 2009, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                              WILLIAM T. NEARY
                                              UNITED STATES TRUSTEE

DATED: 1/27/2009          BY:       /s/ *Dean C. Harvalis*
                                    Dean C. Harvalis, Assistant U.S. Trustee
                                    OFFICE OF THE U.S. TRUSTEE
                                    219 South Dearborn   Rooom 873
                                    Chicago, Illinois  60604
                                    (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, Assistant U.S. Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on January 27, 2009.

                                              /S/ *Dean C. Harvalis*